IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CV-00043-FL

| | |
|---|---|
| APRIL DAWN HOLLINGSWORTH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of ) | |
| Social Security ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter is before the Court on Defendant's Motion to Dismiss for untimeliness and Memorandum in support thereof. The Court, having reviewed the same and the Declaration and Exhibits attached thereto, finds good cause exists to grant Defendant's Motion and that no extraordinary circumstances exist to justify tolling the 60-day filing limitation period.

Accordingly, the Court hereby dismisses with prejudice Plaintiff's complaint. The Clerk of Court is directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 12th day of April, 2016.

_____
Louise W. Flanagan
United States District Judge