UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

|  |  |  |
|---|---|---|
| APRIL DAWN HOLLINGSWORTH, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | **JUDGMENT** No. 5:16-CV-43-FL |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion to dismiss for untimeliness.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 12, 2016, and for the reasons set forth more specifically therein, that defendant's motion to dismiss is GRANTED, and this matter is DISMISSED WITH PREJUDICE.

**This Judgment Filed and Entered on April 12, 2016, and Copies To:**
Vaughn Stephen Clauson (via CM/ECF Notice of Electronic Filing)
Lisa M. Rayo (via CM/ECF Notice of Electronic Filing)

April 12, 2016                    JULIE A. RICHARDS, CLERK
                                              /s/ Christa N. Baker
                                              (By) Christa N. Baker, Deputy Clerk